## STATE v. TURNER

No. 37.

Case below: 21 N.C. App. 608.

Petition for writ of certiorari to North Carolina Court of Appeals denied 13 August 1974. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 13 August 1974.

## STATE v. VESTER

No. 143 PC.

Case below: 22 N.C. App. 16.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

## STATE v. VICKERS

No. 3 PC.

Case below: 22 N.C. App. 282.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

## STATE v. WEEKS

No. 2 PC.

Case below: 22 N.C. App. 360.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

## STATE v. WHITE

No. 5 PC.

Case below: 22 N.C. App. 123.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.